## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| GARDEN PLAIN STATE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-1358-MLB-KMH |
| | ) | |
| CASTLEROCK MASONRY, LLC | ) | **NOTICE OF REMOVAL** |
| RUSSELL S. KREUTZIGER, Individually, and | ) | **JURY TRIAL DEMANDED** |
| SONJA L. KREUTZIGER, Individually, and | ) | |
| SHERWOOD, HARPER, DAKAN, UNRUH & | ) | |
| PRATT, LC., | ) | |
| | ) | **DESIGNATION OF PLACE OF** |
| Defendants. | ) | **TRIAL: WICHITA, KANSAS** |
| | ) | |

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. §1441(b) and 28 U.S.C. § 1331, Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC ("Sherwood"), files this Notice of Removal of Case No. 08 CV 4047 from the District Court of the Eighteenth Judicial District of Sedgwick County, Kansas, to the United States District Court for the District of Kansas, and in support of its Notice of Removal, Sherwood respectfully states:

1.     The United States District Court for the District of Kansas has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 because it is a civil proceeding arising under the Constitution, laws or treaties of the United States.

2.     Defendant Sherwood is a defendant in a civil action brought in the District Court of the Eighteenth Judicial District of Sedgwick County, and styled *Garden Plain State Bank v. Castlerock Masonry, LLC; Russell S. Kreutziger, Individually; Sonja L. Kreutziger, Individually; and Sherwood, Harper, Dakan, Unruh & Pratt, LC*, Case No. 08 CV 4047 (hereinafter the "State Court Action"). The initial pleading setting forth the claim for relief upon which this action is

based is the Petition in the State Court Action, which was filed on October 17, 2008 and received by Defendant Sherwood via mail on or about October 29, 2008. Therefore, this Notice of Removal is filed within 30 days of the date the Petition was first received by Defendants. A true and correct copy of the Petition served in this matter, a letter from plaintiff's counsel dated October 21, 2008, and Defendant Sherwood's letter dated October 29, 2008 acknowledging service are attached hereto as Exhibit A.

3. Plaintiff's Petition ("Petition") filed in state court alleges that Defendant Sherwood and defendants Russell S. Kreutziger, Sonja L. Kreutziger and Castlerock Masonry LLC "engaged in a pattern of racketeering to defraud the Plaintiff out of monies Plaintiff was rightfully entitled to under its loan documents in violation of the federal Racketeer influenced and Corrupt Organizations Act, 11 U.S.C. A. 1960, et. seq." (Petition, Count IV, pp. 8-9, ¶ 37, attached as Exhibit A).

4. Because Plaintiff's claim in Count IV is based on federal law, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and removal is appropriate under 28 U.S.C. §§ 1441(b) and 1446.

5. In accordance with 28 U.S.C. § 1441(b), removal is made to this Court as the district embracing the place where the State Court Action is pending. This Notice of Removal is filed with the Clerk of the District Court at Wichita as required by D. Kan. Rule 81.1(b).

6. Defendant Sherwood is also filing on today's date with the District Court for the Eighteenth Judicial District, Sedgwick County, Kansas, a copy of this Notice of Removal pursuant to 28 U.S.C. §1446(d) and D. Kan. Rule 81.1 (c), thereby effecting removal to this Court.

7.    In accordance with 28 U.S.C. §1446(d), Defendant Sherwood is also providing plaintiff, by and through it counsel, and Defendants Castlerock Masonry, LLC, Russell S. Kreutziger, and Sonja L. Kreutziger, by and through their counsel, with written notice of the filing of this Notice of Removal.

8.    A true and correct copy of the summons, all pleadings and orders filed or served in the State Court Action will be filed with this Court within twenty (20) days of the filing of the Notice of Removal as required by D. Kan. Rule 81.2.

9.    Defendant demands a trial by jury.

WHEREFORE, having fulfilled all statutory requirements, Defendant Sherwood hereby gives notice that Case No. 08 CV 4047, pending in the District Court for the Eighteenth Judicial District, Sedgwick County, Kansas, is removed to this Court.

Dated:  November 13, 2008

Submitted by:

WITHERS, GOUGH, PIKE, PFAFF & PETERSON, LLC
O.W. Garvey Building
200 W. Douglas, Suite 1010
Wichita, KS 67202
316.267.1562 (Telephone)
316.303.1018 (Facsimile)
sgough@withersgough.com


____s/Steven D. Gough_____
Steven D. Gough, #09016
*Attorneys for Defendant*
*Sherwood, Harper, Dakan, Unruh & Pratt, LC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2008, the above and foregoing *Notice of Removal* was electronically filed with the Clerk of the Court by using the CM/ECF system and served via U. S. Mail, postage paid and properly addressed to:

Creath L. Pollak
Minter & Pollak
545 N. Woodlawn
Wichita KS  67208
***Attorneys for Plaintiff***


Edward J. Nazar
Redmond & Nazar, L.L.P.
245 N. Waco, Suite 402
Wichita, Kansas 67202
***Attorneys for Defendants***
***Castlerock Masonry LLC***
***Russell S. Kreutziger and***
***Sonja L. Kreutziger***

                              s/Steven D. Gough
                              Steven D. Gough, #09016