```
                                                          FILED
MINTER & POLLAK                                     APP DOCKET NO._____
Creath L. Pollak #21681
545 N. Woodlawn                                     2008 OCT 17 P 2: 25
Wichita, Kansas 67208
(316) 265-0797                                      CLERK OF DIST. COURT
                                                    18TH JUDICIAL DISTRICT
                                                    SEDGWICK COUNTY, KS
```

### IN THE EIGHTEENTH JUDICIAL DISTRICT
### DISTRICT COURT, SEDGWICK COUNTY, KANSAS
### CIVIL DEPARTMENT

GARDEN PLAIN STATE BANK        )
                               )
                   Plaintiff,  )
                               )
v.                             )   CASE NO. 08 CV 4047
                               )
CASTLEROCK MASONRY, LLC,.      )
RUSSELL S. KREUTZIGER, individualy )
SONJA L. KREUTZIGER, individually, and )
SHERWOOD, HARPER, DAKAN, UNRUH & )
PRATT, LC,                     )
                               )
                   Defendants. )



*Pursuant to K.S.A. Chapter 60*

### PETITION

COMES NOW, the Plaintiff, Garden Plain State Bank, and for its cause of action alleges and states as follows:

1. The Defendants will be served as noted on their respective Summons.

2. The personal property used as security for the Promissory Note is located in Sedgwick County and all events giving rise to the claims herein occurred in Sedgwick County therefore such is the proper county of venue.

### COUNT ONE AS TO DEFENDANTS CASTLEROCK MASONRY, LLC, RUSSELL S. KREUTZIGER, AND SONJA L. KREUTZIGER

3. Adopts by reference paragraphs 1 and 2 as if the same were set out herein and made a part hereof.



EXHIBIT A

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT
Garden Plain State Bank v. Castlerock Masonry, LLC
Petition
Page 2 of 10

4. Defendants Castlerock Masonry, LLC, Russell S. Kreutziger, individually and Sonja L. Kreutziger, individually, executed a Promissory Note to the order of Garden Plain State Bank dated August 2, 2006 in the amount of $151,000.00. Said Promissory Note is hereto attached as Exhibit A and made a part hereof.

5. Defendants Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L. Kreutziger also executed two (2) separate Change in Terms Agreements dated June 6, 2007 and December 6, 2007 to extend the term of the Note until June 6, 2008 with the Defendants paying all accrued interest. Said Change in Terms Agreements are attached hereto as Exhibit B and made a part hereof.

6. Defendants Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L. Kreutziger secured Exhibits A and B with a Commercial Security Agreement dated July 6, 2006 which listed as security all Inventory, Chattel Paper, Accounts, Equipment and General Intangibles. A copy of the Commercial Security Agreement is attached hereto as Exhibit C and made a part hereof.

7. Plaintiff filed the appropriate documents with the Kansas Secretary of State to perfect its security interest in the collateral listed in the July 6, 2006 Commercial Security Agreement and was filed on July 10, 2006. A copy of the UCC Financing Statement showing its filing is attached hereto as Exhibit D and made a part hereof.

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT
Garden Plain State Bank v. Castlerock Masonry, LLC
Petition
Page 3 of 10

8. Demand has been made for payment and the Defendants Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L. Kreutziger have failed, refused and neglected to pay the same and Plaintiff is entitled to deem itself insecure and claim its full balance to be due and payable.

9. The Plaintiff is entitled to foreclose its security interest in the previously described personal property and for the immediate and exclusive possession of the same.

10. Defendants Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L. Kreutziger are jointly and severally liable to Garden Plain State Bank for said Promissory Note in the principal balance of $133,645.10 as of October 7, 2008, plus interest in the amount of $13,833.72 as of October 7, 2008, plus late fees in the amount of $100.00, for a total as of as of October 7, 2008 in the amount of $147,578.82, plus interest thereafter at the rate of 18.00% or $66.8226 per day until paid in full.

11. The Plaintiff is entitled to its reasonable attorney's fees and costs.

WHEREFORE, Plaintiff prays for a personal money judgment against the Defendants Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L. Kreutziger and each of them in the principal balance of $133,645.10 as of October 7, 2008, plus interest in the amount of $13,833.72 as of October 7, 2008, plus late fees in the amount of $100.00, for a total as of as of October 7, 2008 in the amount of $147,578.82, plus interest thereafter at the rate of 18.00% or $66.8226 per day until paid in full, for its

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT
Garden Plain State Bank v. Castlerock Masonry, LLC
Petition
Page 4 of 10

costs, for reasonable attorney's fees and for any and all other sums which has or may

be advanced under the terms of the loan documents.

WHEREFORE, Plaintiff further prays for an Order of the Court foreclosing its

security interest in and to all said personal property and for the immediate and exclusive

possession of all of the same.

### COUNT TWO AS TO DEFENDANTS CASTLEROCK MASONRY, LLC, RUSSELL S. KREUTZIGER, AND SONJA L. KREUTZIGER

12.   Adopts by reference paragraphs 1 through 11 as if the same were set out

herein and made a part hereof.

13.   Pursuant to the Commercial Security Agreement all equipment owned by

Castlerock Masonry, LLC was pledged as collateral to Plaintiff. See Exhibit C.

14.   Included on the financial statement provided to Plaintiff by the Defendants

Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L. Kreutziger were a 2005

24' PJ gooseneck trailer and a 1995 GMC pickup for which no liens on the same were

indicated by the Defendants.

15.   Plaintiff requested that the Defendants Castlerock Masonry, LLC, Russell

S. Kreutziger and Sonja L. Kreutziger come in to sign documents to place the lien of

Plaintiff on title to provide security in addition to the UCC financing statement previously

filed. See Exhibit D.

16.   Defendants Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L.

Kreutziger have failed and refused to sign such documents. See Exhibit

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT
Garden Plain State Bank v. Castlerock Masonry, LLC
Petition
Page 5 of 10

17. Upon information obtained by Plaintiff from Defendants Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L. Kreutziger insurance company it is believed the said equipment was sold out of trust by the Defendants.

18. In addition, Plaintiff has learned that a Skid Loader had been pledged as collateral to CNH Capital America, who repossessed the equipment and sold the same. It is unknown if said interest held by CNH Capital America was inferior to Plaintiff.

WHEREFORE, Plaintiff requests a personal judgment against the Defendants Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L. Kreutziger for the value of the collateral which was sold out of trust by said defendants.

## COUNT THREE AS TO ALL DEFENDANTS

19. Adopts by reference paragraphs 1 through 18 as if the same were set out herein and made a part hereof.

20. Defendants Castlerock Masonry, LLC, Russell S. Kreutziger and Sonja L. Kreutziger hired Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC as their attorney to pursue a claim by Casterock Masonry, LLC against The Law Company, Inc. in regards to a breached contract.

21. Plaintiff had an interest in the amounts being pursued pursuant to its Commercial Security Agreement listing all accounts as collateral. See Exhibits C and D.

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT
Garden Plain State Bank v. Castlerock Masonry, LLC
Petition
Page 6 of 10

22. Suit was filed against The Law Company, Inc. in Sedgwick County District Court, Case No. 07 CV 2254.

23. Settlement was reached between the Defendant Castlerock Masonry, LLC and The Law Company, Inc. pursuant to which a Confidential Settlement and Release Agreement was reached between the parties. Please note that such settlement was confidential and no figures of the monies being requested from said settlement will be stated herein until a Protective Order has been put in place.

24. In early 2008 counsel for Plaintiff advised Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC that Plaintiff had a valid security interest in any amounts that Defendant Castlerock Masonry, LLC would obtain from The Law Company, Inc.

25. In August 2008, Plaintiff was informed that a settlement with The Law Company, Inc. had been reached and the approximate amount of the settlement.

26. Upon learning of the settlement, counsel for Plaintiff immediately requested that such funds be remitted to Plaintiff pursuant to their perfected security interest in all accounts.

27. After making such demand the Plaintiff was advised that Citizens State Bank of Cheney was also claiming an interest in the settlement funds from The Law Company, LLC.

28. After a review of the various documents by Citizens State Bank of Cheney it released the funds from the settlement with The Law Company, Inc. to Plaintiff.

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT
Garden Plain State Bank v. Castlerock Masonry, LLC
Petition
Page 7 of 10

29. It was later determined by Plaintiff that the Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC and/or Defendant Castlerock Masonry, LLC by and through its members the Defendants Russell S. Kreutziger and Sonja L. Kreutziger requested that The Law Company, Inc. pay third parties from the proceeds of the settlement agreement being the funds of Plaintiff pursuant to its valid and perfected security interest.

30. Those payments made by The Law Company, Inc. on August 5, 2008 at the direction of the Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC included the payment of attorney fees to the Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC, Redmond & Nazar and Jess Myers, Esq.

31. At the time the payments were made by The Law Company, Inc. on August 5, 2008 at the request of the Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC, this Defendant was fully aware of the perfected security interest held by Plaintiff and acted knowingly circumvent said interest.

32. Said attorney fees did not amount to a lien as allowed by K.S.A. 7-108 and that if K.S.A. 7-108 was followed that any such lien would be inferior to the lien of Plaintiff.

33. The actions of the Defendants were fraudulent and an attempt to deprive Plaintiff of the proceeds of the settlement with The Law Company, Inc. which Plaintiff was rightfully entitled to under Kansas law.

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT
Garden Plain State Bank v. Castlerock Masonry, LLC
Petition
Page 8 of 10

34. Plaintiff has made a demand upon Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC for the return of the monies paid to Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC, Redmond & Nazar and Jess Myers improperly and in contravention to the superior interest held by Plaintiff in said funds.

35. Plaintiff is entitled to a personal judgment against the Defendants Russell S. Kreutziger, Sonja L. Kreutziger, Castlerock Masonry, LLC and Sherwood, Harper, Dakan, Unruh & Pratt, LC for all sums paid to Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC, Redmond & Nazar and Jess Myers as such were the property of the Plaintiff.

WHEREFORE, Plaintiff requests a personal judgment against the Defendants Russell S. Kreutziger, Sonja L. Kreutziger, Castlerock Masonry, LLC and Sherwood, Harper, Dakan, Unruh & Pratt, LC for all sums paid to Defendant Sherwood, Harper, Dakan, Unruh & Pratt, LC, Redmond & Nazar and Jess Myers as such were the property of the Plaintiff, plus prejudgment interest at the rate of 10% per annum, together with any other relief the court deems proper including attorney fees.

### COUNT FOUR AS TO ALL DEFENDANTS

36. Adopts by reference paragraphs 1 through 35 as if the same were set out herein and made a part hereof.

37. That the Defendants Russell S. Kreutziger, Sonja L. Kreutziger, Castlerock Masonry, LLC and Sherwood, Harper, Dakan, Unruh & Pratt, LC engaged in

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT
Garden Plain State Bank v. Castlerock Masonry, LLC
Petition
Page 9 of 10

a pattern of racketeering to defraud the Plaintiff out of monies Plaintiff was rightfully entitled to under its loan documents in violation of the federal Racketeer Influenced and Corrupt Organizations Act, 11 U.S.C.A. 1960 et seq.

38. Defendants Russell S. Kreutziger, Sonja L. Kreutziger, Castlerock Masonry, LLC and Sherwood, Harper, Dakan, Unruh & Pratt, LC engaged in a pattern of racketeering activity as defined at 18 U.S.C.A. 1961 through bank fraud and mail fraud.

39. The purpose of the pattern of racketeering activity was to ensure that the Plaintiff would not receive all monies due to it under the loan documents but to allow the Defendants to have use of funds which were not theirs.

40. Plaintiff specifically states that factual basis for this cause of action is specifically set forth in paragraphs 20 through 32 herein and such are specifically adopted as if set forth their entirety again.

41. Said Defendants took affirmative action to mislead the Plaintiff as to the terms of the Settlement with The Law Company so that Plaintiff would believe that it was receiving all funds due to it under the security agreement: bank fraud.

42. Specifically, the Defendants ensured that the proceeds from the settlement with The Law Company would be directed to themselves and other parties in explicit contravention to the security agreement held by Plaintiff.

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT
Garden Plain State Bank v. Castlerock Masonry, LLC
Petition
Page 10 of 10

43. At all times herein the Defendants were fully aware of the perfected security interest of Plaintiff in the proceeds from the settlement with The Law Company.

44. The Plaintiff was harmed by such pattern of racketeering activity and are entitled to civil penalties allowed by 18 U.S.C.A. 1964, including but not limited to treble damages and attorney's fees.

WHEREFORE, the Plaintiff further requests all relief allowed under the 18 U.S.C.A. 1964 for civil violations of the Racketeer Influenced and Corrupt Organizations Act, 11 U.S.C.A. 1960 *et seq.* including but not limited to treble damages and attorney's fees.

Respectfully Submitted,

*/s/ Creath L. Pollak*

Creath L. Pollak, #21681
MINTER & POLLAK
545 N. Woodlawn
Wichita, KS 67208
Telephone: 316-265-0797
Fax: 316-618-0058
*Attorney for Plaintiff, Garden Plain State Bank*

to all relief allowed ...

... Influenced and Corrupt C...

...ited to treble damages ...

Respectfully Submitted,

*/s/ Creath L. Pollak*

Creath L. Pollak, #21681
MINTER & POLLAK
545 N. Woodlawn
Wichita, KS 6720
Telephone: 316-265-0...
Fax: 316-618-0058

***MINTER & POLLAK***
ATTORNEYS AT LAW
545 N. WOODLAWN
WICHITA, KANSAS 67208
EMAIL ADDRESS: minter@mintwin.com

*ROBERT MINTER*
*CREATH L. POLLAK*

TELEPHONE: (316) 265-0797
FAX: (316) 618-0058

October 21, 2008

**<u>Sent Via Certified Mail</u>**
Kurt Harper, Esq.
Sherwood, Harper,
Dakan, Unruh & Pratt, L.L.C.
P.O. Box 830
Wichita, Ks 67201

      Re:  Garden Plain State Bank v. Castlerock Masonry, Inc., et al.
            Case No. 08 CV 4047

Dear Mr. Harper:

    Enclosed herein is a copy of the filed Petition in the above referenced action. You had stated that you would accept service on behalf of Sherwood, Harper, Dakan, Unruh & Pratt, LLC. Please file an entry of appearance and Answer thereto within 20 days of receipt.

Very truly yours,

Creath L. Pollak

CLP
Encl.

cc:  Pat Walden, President  (via email)
       Garden Plain State Bank

# SHERWOOD, HARPER, DAKAN, UNRUH & PRATT, LC

ROGER M. SHERWOOD
KURT A. HARPER
WILLIAM E. DAKAN
TERRY L. UNRUH
CORLIN J. PRATT

ATTORNEYS AT LAW

833 N. Waco, P.O. Box 830
Wichita, Kansas 67201
www.sherwoodharper.com

Telephone: 316-267-1281
FAX: 316-267-4086

Kurt A. Harper E-Mail:
kurt.harper@sherwoodharper.com

October 29, 2008

*Via email: creath@mintwin.com*
*& U.S. Mail*

Creath L. Pollak
Minter & Pollak
545 N. Woodlawn
Wichita, KS 67208

    **RE:**  *Garden Plain State Bank v. Castlerock Masonry, LLC, et al.*
           District Court Case No. 08-CV-4047 -Sedgwick County, Kansas

Dear Creath:

I acknowledge receipt on October 29 of the file stamped copy of the Petition and your cover letter dated October 21. I will preserve the envelope from the post office shows the postage cancellation of October 25 and first notice to our firm of October 28 regarding the certified item.

I therefore will consider October 29 as the beginning of our twenty (20) day period to answer or otherwise plead. If you disagree with this computation, please let me know immediately.

                                          Sincerely yours,

                                          SHERWOOD, HARPER, DAKAN,
                                          UNRUH & PRATT, LC

                                          Kurt A. Harper

KAH:smz

bcc:   Edward J. Nazar (w/o enclosures)
        Jess Myers (w/o enclosures)
        Russell and Sonja Kreutiziger (w/o enclosures)