## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

---

*JUDGMENT IN A CIVIL CASE*

GARDEN PLAIN STATE BANK
      Plaintiff,

  v              Case Number - 08-1358-MLB

CASTLEROCK MASONRY, LLC,
RUSSELL S. KREUTZIGER, Individually,
and SONJA L. KREUTZIGER, Individually,
and SHERWOOD, HARPER, KADAN,
UNRUH & PRATT, LC.
      Defendants.

Pursuant to the Memorandum and Order filed on July 8, 2009, this case is dismissed without prejudice.

Date: July 15, 2009

                TIMOTHY M. O'BRIEN
                Clerk of the Court

                s/ Robert Moody
                Robert Moody, Deputy Clerk